**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION**

IN RE:

R & C CONSTRUCTION SERVICES, LLC                   CASE NO. 16-10118

DEBTOR

**MOTION TO SELL VEHICLES FREE
AND CLEAR OF LIENS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

All parties will take notice that on Tuesday October 17, 2017 at the hour of 10:30 a.m. in the United States Bankruptcy Court for the Eastern District of Kentucky, Ashland Division in the 2nd Floor Courtroom, Carl Perkins Federal Building, 1405 Greenup Avenue, Suite #204, Ashland, Kentucky 41101 the Trustee, Mark T. Miller will move the Court pursuant to 11 U.S.C. §363 for an Order to sell the three (3) hereinafter referenced motor vehicles free and clear of the liens hereinafter described, with said liens (if any) to attach to the proceeds of sale.  In support of the foregoing the Trustee states that the debtor's schedules do not list the creditors on Schedule D and the debtor's representative testified at the §341 hearing that each of these creditors have been paid off, however, the liens have never been released.  The vehicles and liens in question are:

1) A white 2005 Ford F350 VIN #1FDWX30535ED06337 lien on title to Stearns Bank, N.A., Notation No. 1301318 filed 04-02-13 in Boyd County Clerk's Office.

2) A white 2008 Ford F450 VIN #1FTXW43R38EB26950 lien to Ford Motor Credit Notation NO. 1200496 filed 02-03-12 in the Boyd County Clerk's Office.

3) A black 2007 Ford F350 VIN #1FTWX33P07EA04062 lien to Ford Motor Credit Notation No. 1200814 filed 02-27-12 in the Boyd County Clerk's Office.

                                                Respectfully submitted,

Dated: October 5, 2017                /s/ Mark T. Miller, Trustee
                                                Mark T. Miller, Trustee
                                                300 West Maple Street
                                                Nicholasville, KY 40356
                                                (859) 887-1087
                                                arthur100@windstream.net

## Certificate of Service

This is to certify that a copy of the foregoing Motion and Affidavit was forwarded either by electronic filing or first class mail, postage prepaid on this 5th day of October 2017 to the following:

U.S. Trustee
Peter J.W. Brackney, Esq.
Debtor/All Creditors

                                                /s/ Mark T. Miller, Trustee
                                                Mark T. Miller, Trustee