# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### ASHLAND DIVISION

IN RE:                                                    CASE NO. 16-10118

**R&C CONSTRUCTION SERVICES, LLC**

**DEBTOR**

## NOTICE OF INTENTION TO SELL PROPERTY
## AT PUBLIC AUCTION

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Comes Mark T. Miller, Trustee herein, and provides notice of his intention to sell the Debtor's 2008 Ford F 450 VIN# 1FTXW43R38EB26950 and 2007 Ford F-350, VIN# 1FTWX33P07EA04062 which will be offered for sale by public auction.  The aforesaid items will be sold free and clear of all interest of the Debtor and of any and all claiming liens against said items with any said claimed lien to attach to the proceeds of sale only.

The terms and conditions of the sale are 10% down in cash, or equivalent, payable on the date of purchase.  The balance of the successful buyer's bid will be due and payable in full within 30 days of the date of sale.

The Trustee states that the sale would be in the best interest of the Creditors because it is believed that an auction of the property will yield the best sales price thereon.

**UNLESS THE COURT RECEIVES AN OBJECTION TO THE PROPOSED SALE WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS NOTICE, THE TRUSTEE WILL PROCEED TO SUBMIT AN ORDER TO THE COURT TO HOLD THE PROPOSED SALE FREE AND CLEAR OF LIENS AT:**

|  |  |
|---|---|
| **TIME:** | **10:00 a.m.** |
| **DATE:** | **March 17, 2018** |
| **LOCATION:** | **1833 S. Main Street** |
|  | **Paris, Kentucky 40361** |

Any party objecting to this Notice of Intention to Sell must set their objection for hearing in the United States Bankruptcy Court, Eastern District of Kentucky, Lexington Division, 2nd Floor Courtroom, 100 West Vine Street, Lexington, Kentucky.

DATE OF NOTICE: January 29, 2018

/s/ Mark T. Miller, Trustee
MARK T. MILLER, TRUSTEE
300 ½ West Maple Street
Nicholasville, Kentucky 40356
(859) 887-1087
arthur100@windstream.net

**CERTIFICATE OF SERVICE**

The Trustee certifies that a copy of the foregoing Notice has been served by first class mail, postage prepaid and/or electronic filing on January 29, 2018 to the following:

U.S. Trustee
All Creditors/Debtor
Bill T. McConnell, Auctioneer
Peter J.W. Brackney, Esq.

/s/ Mark T. Miller
Mark T. Miller